UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Eric Gaysue,<br><br>          *Plaintiff,*<br><br>-against –<br><br><br>Victory Cars Central, LLC,<br><br>          *Defendant.* | 25 Civ. 02642 (ARL)<br><br>**STIPULATION OF DISMISSAL WITHOUT COSTS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed and discontinued, with prejudice, and without costs against any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: June 13, 2025

                      */s/ David Kasell*
                      David M. Kasell, Esq.
                      KASELL LAW FIRM
                      1038 Jackson Ave., #4
                      Long Island City, NY 11101
                      (718) 404-6668